1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

## JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNICOLORS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>COURAGE CLOTHING COMPANY, INC.;  et al.,<br><br>Defendants. | Case No.: 2:14-cv-04642-BRO-MAN<br>*Hon. Beverly Reid O'Connell Presiding*<br><br>**JUDGMENT** |

- i -

JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>JUDGMENT:</u>

AFTER CONSIDERING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AND FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A JUDGMENT in the amount of **$52,572.50**, along with interest in the amount prescribed by statute, is hereby GRANTED and ENTERED against COURAGE CLOTHING COMPANY, INC., and in favor of UNICOLORS, INC. <u>IT IS SO ORDERED.</u>

Date:  October 31, 2014          By: _____

Honorable Beverly Reid O'Connell
United States District Court